# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HLA LIMITED PARTNERSHIP                             NO. 2020 CW 0070
D/B/A HIGHLAND APARTMENTS

VERSUS

I'SHA RYAN                                         MAR 1 3 2020

---

In Re:    I'sha Ryan, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          2019-15761.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT NOT CONSIDERED.**  The writ application fails to comply
with the Uniform Rules of Louisiana Courts of Appeal, Rules 4-2,
4-3, 4-4, and 4-5.  Additionally, an evidentiary hearing was
held herein, and in order to properly review this matter, this
court must be provided with the evidence introduced at the
hearing, including a transcript of the live testimony.

Supplementation of this writ application and/or an
application for rehearing will not be considered.  Uniform Rules
of Louisiana Courts of Appeal, Rules 4-9 & 2-18.7.  In the event
Relator seeks to file a new application with this court, it must
contain all pertinent documentation, including the transcript of
the proceedings below, and must comply with Rule 2-12.2 of the
Uniform Rules of Louisiana Courts of Appeal.  Any new
application must be filed on or before April 14, 2020, and must
contain a copy of this ruling.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT